## IN THE FIRST COURT OF APPEAL FOR THE STATE OF TEXAS
### CASE NO. 01-15-00524-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

JUN 1 7 2015

CHRISTOPHER A PRINE

CLERK _____

## TRIAL COURT CASE NO. 1061504

Benedict Emesowum, Plaintiff

vs.

Anne Baronitis Et. Al., Defendant

### Amended Affidavit of Indigence

I, Benedict Emesowum, affirm that I am unable to pay court costs of $296.00 and I verify that the statements made in this affidavit are true and correct:

1. I have filed the case described above.

2. I am entitled to governmental income; the type of governmental entitlement income is Earned Income Tax Credit. I am yet to receive this governmental entitlement income.

3. The nature and amount of my current employment income is: Unemployed

4. The amount of any other current government-entitlement income is: N/A.

5. The nature and amount of my current income, other than that described in my answers to 3 and 4 above, are miscellaneous and amount to about $450.00

6. The income of my spouse is N/A

7. I own the following real property: N/A.

8. I own the following personal property: N/A

9. I have the following amount of cash: N/A.

10. I have the following amounts of funds on deposit: $55.00

11. I have the following assets, other than those described in my answers 3 through 10 above: N/A.

12. I have no dependents.

13. The nature and amount of my debts are N/A.

14. The nature and amount of my monthly expenses are: Rent & Bills $300.00; Groceries $100.00, and transportation $50.00, Phone $38.00.

15. An attorney is not providing free legal services to me.

17. An attorney has not agreed to pay or advance court costs.

_____
Affiant

## Certificate of Oath or Affirmation

On this date, I administered the above oath or affirmation from the person named above. I am _Sheena C Moore_ and am authorized to administer an oath or affirmation pursuant to Texas Government Code section 602.002, 602.003, 602.004, or 602.005. If I have a seal of office that I am required by law to affix to documents when administering an oath or affirmation, then I have included an original impression of my official seal below.

_Sheena C Moore_
[Signature of person administering oath or affirmation]

_June 17, 2015_
[Date]

[original impression of official seal, if any, of person administering oath or affirmation]



SHEENA C. MOORE
Notary Public, State of Texas
My Commission Expires
June 14, 2016